UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT SALINAS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BENJAMIN C. HARRIS JR.;<br>NAVARRO NORTON, INC., a<br>California Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case: 2:14-CV-09277-AB-FFM<br><br>**ORDER** |

### **ORDER**

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: July 6, 2015

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE